RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Gerardo Santiago

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GERARDO SANTIAGO,<br><br>　　　　　Defendant. | Case No. 2:22-mj-00847-DJA<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Gerardo Santiago, that the bench trial currently scheduled on July 26, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

　　　　2.　　The defendant is not in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

This is the third request for a continuance of the bench trial.

DATED this 19th day of July, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ *Imani Dixon*<br>IMANI DIXON<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GERARDO SANTIAGO,<br><br>  Defendant. | Case No. 2:22-mj-00847-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, July 26, 2023, at 9:00 a.m., be vacated and continued to   October 4, 2023   at the hour of 9:00 a.m.

DATED this  21st  day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE