RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Gerardo Santiago

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GERARDO SANTIAGO,<br><br>        Defendant. | Case No. 2:22-mj-00847-DJA<br><br>ORDER    **TO CONTINUE STATUS CONFERENCE**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Gerardo Santiago, that the Revocation Hearing currently scheduled on July 5, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     Since the last stipulation, Mr. Santiago has completed two online courses.

2.     Mr. Santiago requires additional time to complete the remaining special conditions of his unsupervised probation.

3.     The defendant is out of custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the second request for a continuance of the status conference.

DATED this 27th day of June, 2024.

RENE L. VALLADARES                      JASON M. FRIERSON
Federal Public Defender                 United States Attorney


By */s/ Rick Mula*                      By */s/ Skyler Pearson*
RICK MULA                               SKYLER PEARSON
Assistant Federal Public Defender       Assistant United States Attorney

2

1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

UNITED STATES OF AMERICA,

Case No. 2:22-mj-00847-DJA

                    Plaintiff,

**ORDER**

5

6

          v.

7

GERARDO SANTIAGO,

                    Defendant.

8

9

10

          IT IS THEREFORE ORDERED that the status conference currently scheduled for July

11

5, 2024 at 11:30 a.m., be vacated and continued to

12

September 13, 2024, at 11:30 a.m., Courtroom 3A.

                                        2nd
13

          DATED this ___ day of July, 2024.

14

15

          _____

16

          DANIEL J. ALBRGEGTS
          United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

3